**Mary E. Quick, Plaintiff in Error, v. Clayton Patterson, Executor, Defendant in Error.**

**Gen. No. 5,829.   (Not to be reported in full.)**

Error to the Circuit Court of DeKalb county; the Hon. MAZZINI SLUSSER, Judge, presiding. Heard in this court at the October term, 1913. Affirmed. Opinion filed April 15, 1914.

### Statement of the Case.

Petition by Mary E. Quick in the County Court in the matter of the estate of Henry Patterson, deceased, for the allowance of a child's award. The County Court denied the prayer of the petition. An appeal was taken to the Circuit Court and heard with the same result. To reverse the judgment of the Circuit Court, the petitioner brings error.

F. E. BROWER, H. T. SMITH and W. C. DeWOLF, for plaintiff in error.

GEORGE BROWN, G. E. STOTT and JONES & ROGERS, for defendant in error.

MR. PRESIDING JUSTICE WHITNEY delivered the opinion of the court.

### Abstract of the Decision.

EXECUTORS AND ADMINISTRATORS, § 175*—*when married daughter not entitled to a child's award.* Under section 77 of the statute relating to "Administration of Estates," J. & A. ¶ 126, a married daughter of a deceased householder is not entitled to a child's award because of the fact she lived with her father while teaching school where her husband resided in another place and she visited him on Sundays and their relations as husband and wife were in no way adverse. In such case her residence is that of her husband.

